IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI MARIE COLE,<br><br>    Petitioner,<br><br>    v.<br><br>FRESNO APPELLATE COURT,<br><br>    Respondent. | CV F 04-6271 OWW WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION<br><br>[Doc. 9 and 10] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 14, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on April 12, 2006.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  In her objections, Petitioner states that contrary to the Magistrate Judge's findings, her allegations do attack the legality or duration of her confinement.  Specifically, Petitioner states that she is being illegally confined due to deprivation of her right to a fair trial.  This, however, is not the claim that Petitioner makes in her petition.  Rather, as the Magistrate Judge found, Petitioner addresses her petition to the state appellate court and states that she seeks a court date and copies of her legal papers.  Such matters are not properly the subject of a habeas corpus petition pursuant to Section 2254.

     Based on the foregoing, it is HEREBY ORDERED  that:

1.   The findings and recommendations issued by the Magistrate Judge on March 14, 2006, are a adopted in full;

2.   The Petition for Writ of Habeas Corpus is dismissed without prejudice to Petitioner's right to bring a petition raising the claims she states in her objections; and

3.    The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

Dated:     April 20, 2006            /s/ Oliver W. Wanger
emm0d6                               UNITED STATES DISTRICT JUDGE