

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KARI MARIE COLE,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-04-6271 OWW/WMW HC

FRESNO APPELLATE COURT,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_   Granted for the following reason:

\_\_X\_\_   Denied for the following reason:
Insufficient petition for habeas corpus. Not debateable among jurists of reason.

Dated: 6-23-06

OLIVER W. WANGER
United States District Judge